UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ROSSANA C. GROSSI, :
:
            Plaintiff, :
:
: CIV NO. 3:02 CV 439 (MRK)
v. :
:
:
SWISS RE LIFE & HEALTH AMERICA, :
INC., REDICK WILSON, and SHANNON :
MILES, :
            Defendants. : October 13, 2003
:

---

## MOTION ON CONSENT FOR
## MODIFICATION OF SCHEDULING ORDER

Defendants, Swiss Re Life & Health America, Inc., Redick Wilson, and Shannon Miles, by and through their attorneys, Jackson Lewis LLP, and pursuant to Local Rule 7(b), hereby respectfully move the Court for a sixty (60) day extension of the remaining deadlines in the Court's Scheduling Order as previously modified.

The parties have been conscientiously completing discovery, including depositions of the Plaintiff's experts, in this eighteen count, multi-defendant case. At the same time, the parties have been engaged in settlement discussions, which are ongoing.

The next steps would be an independent medical exam of the Plaintiff and a motion for summary judgment, which would be unnecessary if a settlement is ultimately reached.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The Plaintiff's counsel has consented to the requested extension.

This is the fourth request for a modification of the Court's Scheduling Order.

WHEREFORE, Defendants respectfully move the Court for a sixty (60) day extension of the remaining deadlines of the Court's Scheduling Order as previously modified.

Respectfully submitted,

SWISS RE LIFE & HEALTH AMERICA INC.,
REDICK WILSON and SHANNON MILES

By _____
Edward M. Richters (ct08043)
Michael J. Soltis (ct07413)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel:   (860) 522-0404
Fax:   (860) 247-1330