UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSSANA C. GROSSI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02 CV 439 |
| | : | |
| SWISS RE LIFE & HEALTH AMERICA, | : | |
| INC., REDICK WILSON, and SHANNON | : | |
| MILES, | : | |
| | : | |
| Defendants. | : | |

## ENDORSEMENT ORDER [DOC. #44]

The parties having conferred telephonically with the Court regarding scheduling, the Motion on Consent for Modification of Scheduling Order [doc. #44] is GRANTED insofar as the following dates shall apply:

1) The parties shall complete all discovery, including depositions of all expert witnesses and independent medical examiners, by no later than December 31, 2003;

2) The parties shall confer with the Court telephonically on January 12, 2004 to discuss scheduling for outstanding matters, including dispositive motions and the filing of a joint trial memorandum, if necessary;

3) The parties shall file a status report in advance of the January 12, 2004 telephone conference in accordance with the attached instructions.

**No further extension of deadlines will be granted absent a showing of compelling reasons**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Filed at New Haven, Connecticut: October 28, 2003.

RE:     **CASE NO. 3:02cv439 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **January 5, 2004,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE MARK R. KRAVITZ[with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK