UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------
ROSSANA C. GROSSI,

            Plaintiff,

    v.

SWISS RE LIFE & HEALTH AMERICA,
INC., REDICK WILSON, and SHANNON
MILES,

            Defendants.
------------------------------------------------------------

CIV NO. 3:02 CV 439 (MRK)

January 7, 2004

FILED Jan 12 3:25 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

## DEFENDANTS' STATUS REPORT

The Defendants hereby submit their status report for purposes of the January 12, 2004 telephone conference in the above matter:

1. The Defendants have completed their discovery. The Plaintiff was examined by the Defendants' expert psychiatrist, Dr. Stuart Kleinman, in early December 2003 and Dr. Kleinman's report has been submitted to the Plaintiff's counsel. The Plaintiff has scheduled Dr. Kleinman's deposition for January 13, 2004 and Defendant Redick Wilson's deposition has been scheduled for January 13. Dr. Kleinman's deposition may need to be rescheduled to January 14 due to availability problems.

   Consistent with earlier statements to the Court, once discovery is completed, the Defendants may file a motion for summary judgment.

2. The Defendants are amenable to a referral of this case for a settlement conference.

3. At this time, the Defendants do not consent to a trial before a magistrate judge.

4. The Defendants estimate that the trial will take approximately seven (7) days of evidence.

>DEFENDANTS SWISS RE LIFE & HEALTH
>AMERICA, INC., REDICK WILSON,
>and SHANNON MILES
>
>By _[signature]_
>Edward M. Richters (ct 08043)
>Michael J. Soltis (ct07413)
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT 06105
>Tel: (860) 522-0404
>Fax: (860) 247-1330

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent by U.S. mail, postage prepaid, on the 7th day January 2004, to the following counsel of record:

>Huma Khan, Esq.
>Vlad G. Spitzer, Esq.
>Spitzer & Brey, LLC.
>239 Main Street
>Westport, CT 06880
>(203) 226-3266

Edward M. Richters

3