UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
ROSSANA C. GROSSI,

        **Plaintiff,**

-against-                                   CIV NO.
                                                           3:02 CV 439 (MRK)

SWISS RE LIFE & HEALTH AMERICA,
INC., REDICK WILSON, and SHANNON
MILES,

        **Defendants.**                     JANUARY 5, 2004
-------------------------------------------------------------X

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Endorsement Order dated October 28, 2003, the Plaintiff, Rossana C. Grossi, (hereinafter "Plaintiff" or "Grossi") respectfully submits the following Status Report on the above-captioned matter:

        A)        The parties have completed a number of depositions including that of the plaintiff and several non-party witnesses. Specifically, the following witnesses were deposed: Ronald Rimi, Donald Jones, and Shannon Miles, Grossi's treating physicians: Dr. Alfonse Campo, Dr. Thomas Vietoriz and Dr. Richard Frohwirth.

        Defendants previously indicated their intent to depose additional witnesses, including Dr. Xistrix, one of Grossi's treating physicians, and non-party witnesses, Belinda Colon and Arthur Singleton, all of which have not been scheduled. Grossi has informed Defendants that she wishes to depose Redick Wilson and has noticed his deposition for January 14, 2004. Despite the fact Defendants have provided dates to depose Mr. Wilson, as Mr. Wilson undergoes daily dialysis, generally at lunch time for 1 or 2 hours, Plaintiff has experienced difficulty in scheduling his deposition.

The parties have completed the depositions of Grossi's expert witnesses, Dr. Koffler, psychiatric expert, and Sheldon Wishnick, economic expert. Defendants conducted an independent mental examination taken by Dr. Kleinman and emailed Plaintiff a copy of the report on December 24, 2003. The parties are attempting to schedule the deposition of Dr. Kleinman;

  B) The Plaintiff is interested in referral for settlement purposes to a United States Magistrate Judge;

  C) The Plaintiff <u>does not</u> contest to a trial before a United States Magistrate Judge; and

  D) The Plaintiff estimates length of trial of 4 days.

Dated: Westport, Connecticut
   January 5, 2004

               Respectfully Submitted,
               The Plaintiff,
               ROSSANA C. GROSSI,

               _____
               Vlad G. Spitzer, Esq.
               Federal Bar No. ct14260
               Spitzer & Brey, LLC.
               239 Main Street, 2nd Floor
               Westport, CT  06880
               (203) 226-3266