UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday January 12, 200
10:15 a.m.

CASE NO. **3:02cv439 MRK**    <u>Grossi v Swiss Re Life et al</u>

Lewis D. Brey
Spitzer & Brey
239 Main Street
Westport, CT 06880

Huma Khan
Spitzer & Brey
239 Main Street
Westport, CT 06880

Edward M. Richters
Jackson Lewis
55 Farmington Ave. Ste. 1200
Hartford, CT 06105

Michael J. Soltis
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251

Vlad Gerard Spitzer
Spitzer & Brey
239 Main Street
Westport, CT 06880

STATUS CONFERENCE HELD
DATE: 1/12/04

20 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK