UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
ROSSANA C. GROSSI,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :
                                                           :   CIV NO. 3:02 CV 439 (MRK)
            v.                                             :
                                                           :
SWISS RE LIFE & HEALTH AMERICA,                            :
INC., REDICK WILSON, and SHANNON                           :
MILES,                                                     :
                                                           :
                              Defendants.                  :   December 1, 2004
---------------------------------------------------------- :

## STIPULATION TO DISMISSAL

The Plaintiff, Rosanna C. Grossi, and the Defendants, Swiss Re Life & Health America, Inc., Redick Wilson, and Shannon Miles, by their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without costs or attorneys fees to either party.

| PLAINTIFF, | DEFENDANTS SWISS RE LIFE & HEALTH |
| ROSSANA C. GROSSI | AMERICA, INC., REDICK WILSON, |
| | and SHANNON MILES |

By: _____
Vlad G. Spitzer, Esq.
Spitzer & Brey, LLC.
239 Main Street
Westport, CT 06880
Tel: (203) 226-3266
Fax: (203) 226-3262
vgspitzer@spitzerbrey.com

By _____
Edward M. Richters (ct 08043)
Michael J. Soltis (ct07413)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
richtere@jacksonlewis.com